MINUTE ENTRY
MARCH 10, 2016
M.J. ROBY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA JONES and RASHEDA GANDOLFO | CIVIL ACTION |
| VERSUS | NO. 14-2304 |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, MICHAEL PRESCOTT, KEVIN KNUDSEN, KEVIN BRADY, CARMEN BRAY and MIKE MCGILL (In their Individual and Official Capacities) | UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY |

## O R D E R

The Court this day held a telephone conference in which counsel for plaintiffs, Elton Herron, Douglas Kraus (counsel for defendants Michael Prescott and Kevin Knudsen), and Christopher Moody (counsel for defendant Board of Supervisors and Carmen Bray) to address deficiencies and errors in the Joint Pre-trial Order Inserts (Rec. Doc. No. 90) submitted by the parties. The Joint Pre-trial Order Inserts (Rec. Doc. No. 90) is **REJECTED**.

Based on the Court's discussion with counsel, the parties shall submit a revised Proposed Joint Pretrial Order in compliance with the directives given by the Court during the conference and as reiterated in part in this Order. The parties shall compile a Proposed Joint Pretrial Order which will include **specific uncontested facts** and **uncontested points of law** to which the parties can agree and stipulate. The parties shall indicate with specificity the substance of the anticipated testimony of each of the witnesses listed and evaluate the duplicity and necessity of the proposed witnesses. The parties shall also designate the **will-call witnesses**. Any listed exhibits must be **separately identified** with no *in globo* references. Each intended exhibit will be considered by

**MJSTAR  00:50:19**

counsel for stipulation or objection based upon authentication and admissibility which will be reflected in the proposed inserts. The Court does not find relevant the pleadings, depositions, deposition attachments, or other exhibits from any prior state court or federal court proceedings related to the incidents and claims asserted by the parties in this litigation and those should be excluded from the exhibit lists. The parties shall brief the Court on the admissibility of any exhibit comprised of the pleadings and rulings from the Civil Service administrative review as set forth below.

The following matters also were **ORDERED** and established during the conference:

The **FINAL PRETRIAL CONFERENCE** scheduled for March 11, 2016, at 1:30 p.m. is **CONTINUED AND RESCHEDULED** for **Tuesday, March 15, 2016, at 2:00 p.m.**

The revised **PROPOSED JOINT PRETRIAL ORDER** in compliance with the Court's directives and this Order shall be filed on or before **5:00 p.m., Monday, March 14, 2016**.

Proposed Jury Instructions and/or Proposed Jury Interrogatories shall be filed on or before **5:00 p.m., Wednesday, March 16, 2016**. Counsel need not include any pattern charges recognized by the United States Fifth Circuit Court of Appeals.

Each of the parties shall file a memorandum on or before **5:00 p.m. on Wednesday, March 16, 2016**, addressing the admissibility of exhibits comprised of the pleadings and rulings from Angela Jones's Civil Service administrative proceeding.

The Court finds that the qualified immunity defense as to defendant Carmen Bray was **WAIVED** because it was not raised as an affirmative defense in his answer to the plaintiffs' complaint.

It is further **ORDERED** that the defendants' **Motion to Quash Trial Subpoenas (Rec. Doc. No. 88)** is **GRANTED in part** as to Dr. Marvin Yates and **DENIED in part** as to Dr. John Crain.

It is further **ORDERED** that the defendants' **Motion to Withdraw as Counsel of Record (Rec. Doc. No. 91)** for Michael Prescott is **DENIED**.

It is further **ORDERED** that the defendants' **Motion to Withdraw as Counsel of Record (Rec. Doc. No. 92)** for Kevin Knudsen is **GRANTED** as to Attorney Dale Williams.

New Orleans, Louisiana this  10th  day of March, 2016.

                                            **KAREN WELLS ROBY**
                                    **UNITED STATES MAGISTRATE JUDGE**